UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :

ANGELO DAVID BONSIGNORE,             :

                                       :

                   Plaintiff,     :

                                       :            25-CV-6324 (VSB)

            -against-         :

                                       :             **ORDER**

NEW YORK STATE DEPARTMENT OF     :
TAXATION AND FINANCE, *et al.*,     :

                                       :

                   Defendant.   :

                                       :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

     I am in receipt of Plaintiff's eight filings that are styled "Notice[s] of newly discovered evidence after removal," filed December 2, 2025. (Docs. 35–42.) Rule 4(J) of my Individual Rules and Practices now requires that any party "who utilizes any generative artificial intelligence (AI) tool in the preparation of any documents filed with the Court must disclose that AI has been used. If generative AI is utilized in the drafting of any documents filed with the Court, the party must further certify in the document that it has independently reviewed and verified the accuracy of any portion of the document drafted by generative AI, including all citations, quotations, and legal authority, and that the document complies with the filer's Rule 11 obligations." A model certification can be found on the Court's website.

     By December 17, 2025, both parties will submit a short, less than one page, declaration of whether generative AI has been utilized in the drafting of any documents since my revised Individual Rules and Practices were promulgated on October 29, 2025, and, if so, which documents. If it has, the party utilizing generative AI to draft documents filed with the Court shall sign the Certificate Regarding the Use of Generative Artificial Intelligence attesting that he

or she personally reviewed the filing(s) for accuracy or someone under their supervision personally reviewed the filing(s) for accuracy by December 23, 2025.  If any documents have been filed with the Court that have not been reviewed for accuracy, these filings violate my Individual Rules and will be stricken from the docket.

SO ORDERED.
Dated:      December 3, 2025
           New York, New York

Vernon S. Broderick
United States District Judge