**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
ANGELO DAVID BONSIGNORE,

        Plaintiff,        **25 Civ. 6324 (VSB) (GS)**

    -against-           **ORDER**

NEW YORK STATE DEPARTEMNT
OF TAXATION AND FINANCE, *et*
*al.,*

        Defendants.
--------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

  The Court is in receipt of Plaintiff's nine filings that are styled "Notice[s] of newly discovered evidence after removal," filed December 2, 2025, (Dkt. Nos. 35–43), his eight similar documents, filed December 9, 2025, (Dkt. Nos. 51–58), and additional documents filed December 14, 2025, (Dkt. Nos. 59, 60), December 15, 2025, (Dkt. Nos. 61, 62), and December 18, 2025 (Dkt. No. 63). As far as this Court can tell, these filings are not connected to any motions, oppositions, or other immediate requests for action by this Court.

  Accordingly, Plaintiff is hereby warned to cease the filing of such materials as stand-alone notices, and instead, where applicable, directly attach them, collectively or as Exhibits, to motions, requests, and other related filings. The Court further warns that courts "may not 'excuse frivolous or vexatious filings by *pro se* litigants,'" *Pahuja v. Am. Univ. of Antigua*, No. 11 Civ. 4607 (PAE), 2012 WL 6592116, at *1 (S.D.N.Y. Dec. 18, 2012) (quoting *Iwachiw v. State Dep't of Motor Vehicles*, 396 F.3d 525, 529 n.1

(S.D.N.Y. 2005)).  Accordingly, should Plaintiff refuse to cease the filing of materials not connected to any requests to the Court, he may have his ECF filing privileges limited or revoked.  To the extent these materials are relevant to Plaintiff's claims, he will have the opportunity to present them as parts of dipositive motions, such as a Motion for Summary Judgment or in opposition to a Motion to Dismiss, should any be filed.  Moreover, should these materials prove relevant and comply with the Federal Rules of Evidence, Plaintiff will have opportunity to present these materials at trial, should one be held in this matter.  In the meantime, however, the Court does not need to be apprised of Plaintiff's FOIL Requests or his newly discovered materials.

**SO ORDERED.**

DATED:    New York, New York
          December 29, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge

2