**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
ANGELO DAVID BONSIGNORE,

Plaintiff,                                    **25 Civ. 6324 (VSB) (GS)**

-against-                                              **ORDER**

NEW YORK STATE DEPARTEMNT
OF TAXATION AND FINANCE, *et*
*al.,*

Defendants.
-------------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion at Docket Number 65.  Before the Court can consider the questions presented or arguments therein, the Court takes notice of the fact that the exhibits to Plaintiff's motion include the full name and date of birth of his minor child, in potential violation of Fed. R. Civ. P. 5.2.  Accordingly, the Clerk of Court is respectfully directed to place Plaintiff's motion under seal at this time.  Plaintiff shall inform the Court by no later than Friday, February 27, 2026, whether this information should be kept under seal or made public and, if so, on what basis.

**SO ORDERED.**

DATED:    New York, New York
              February 20, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge