**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

ANGELO DAVID BONSIGNORE,
Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, *et al.*,
Defendants.

-------------------------------------------------------------------------X

**25 Civ. 6324 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's redacted filings at Docket Number 87. The Court appreciates Plaintiff's efforts, but notes that these redactions appear to have been done by hand, and the material meant to be kept confidential is visible on the docket. Accordingly, the Clerk of Court is respectfully directed to strike the filing at Docket Number 87. The Court will separately email the parties on this. Should Plaintiff receive no email from chambers within 24 hours of this order, he is directed to promptly email chambers at GSteinNYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

The Honorable Gary Stein
United States Magistrate Judge