**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

ANGELO DAVID BONSIGNORE,

Plaintiff,

**25 Civ. 6324 (VSB) (GS)**

-against-

**ORDER**

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, *et al.,*

Defendants.

---------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On June 29, 2026, the Court issued an order directing Plaintiff to file an unsealed version of his filing at Docket Number 1, with redactions as to the name and birthdate of Plaintiff's minor child, Plaintiff's social security number, and Plaintiff's driver's license number and client identification number. (Dkt. No. 86). On July 8, 2026, Plaintiff filed a version with appropriate redactions, which was entered on July 13, 2026. (Dkt. No. 87). However, as discussed in the Court's order issued the following day, Plaintiff's hand-written redactions did not keep the protected information confidential. (Dkt. No. 88). The Court thereafter exchanged emails with the parties, in which Plaintiff requested assistance with the sealing of this material.

As such, by same date and separate from this order, the Court has issued an unsealed version of Plaintiff's filing at Docket Number 1, with appropriate redactions.

**SO ORDERED.**

DATED: New York, New York
July 16, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge